UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-00751-PSG (RZx) | Date | MARCH 7, 2011 |
|---|---|---|---|
| Title | IN THE MATTER OF THE DEPOSITION SUBPOENAS SERVED ON INTERNET BRANDS INC'S ATTORNEYS AND CHIEF TECHNOLOGY OFFICER | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | Recorded on CourtSmart |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gaines West | James G. Ruiz |
| Jennifer A. Trusso | Patrick A. Fraioli, Jr. |
| - for Dave Whitinger | -for Internet Brands |

**Proceedings:** HRG: 1) MOTION OF INTERNET BRANDS, INC. TO QUASH SUBPOENAS
2) MOTION OF DAVID WHITINGER FOR CONTEMPT AND TO COMPEL

Re: Wendy Giberti: Motion to quash is granted on the condition that defendants file an amended Rule 26 disclosure within seven (7) days. If the amended disclosure is not filed, deponent shall appear for her deposition within seven (7) days thereafter or on a date agreed upon by counsel. Motion to compel and for contempt is denied.

Re: B. Lynn Walsh: Motion to quash is denied. Motion to compel is granted. Deponent shall appear for her deposition within seven (7) days or on a date agreed upon by counsel.

Re: Joseph Rosenblum: Motion to quash is denied. Motion to compel is granted. Deponent shall appear for his deposition within seven (7) days or on a date agreed upon by counsel.

Request for a protective order is denied.

Request for contempt is denied.

Request for sanctions is granted in part: Defendants shall reimburse plaintiffs' counsel for half of his travel and lodging costs in connection with the depositions. Such reimbursement shall be made within fourteen days. Other than this sanction, the request for sanctions is denied.

Request for judicial notice is denied.

The full explanation of the Court's ruling was stated on the record, and no further written order shall issue.

|  | : | 35 |
|---|---|---|
| Initials of Preparer | | igb |